# IN THE SUPREME COURT OF THE STATE OF NEVADA

EVER JOSELIN AREVALO,
Appellant,

vs.

AMY PROCTOR; AND THE STATE OF NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF WELFARE & SUPPORTIVE SERVICES,
Respondents.

No. 74404

FILED

SEP 1 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Vincent Ochoa, District Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Amy Proctor
Clark County District Attorney/Family Support Division
Eighth District Court Clerk